MORRISON LAW GROUP, P.C.
Theron D. Morrison  (10331)
Attorney for Debtor(s)
290 25th Street, Ste 102
Ogden, Utah 84401
Telephone: (801) 392-9324

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 19-23497** |
| **Zach Rusk** | § | |
| | § | **CHAPTER 13** |
| **Debtor(s)** | § | |

## NOTICE OF ADEQUATE PROTECTION PAYMENTS
## UNDER 11 U.S.C. § 1326(a) AND OPPORTUNITY TO OBJECT

The Debtor states as follows:

2. The Debtor proposes to make Adequate Protection Payments, pursuant to §

1326(a)(1)(C) accruing with the initial plan payment which is due no later than

the originally scheduled meeting of creditors under § 341 and continuing to

accrue on the first day of each month thereafter, to the holders of the allowed

secured claims in the amounts specified below:

| Secured Creditor | Description of Collateral | Monthly Adequate Protection Payment Amount | Number of Months to Pay Adequate Protection |
|---|---|---|---|
| Security Service Federal Credit Union | 2014 Subaru Forester | $85.00 | 6 Months |
| | | | |
| | | | |
| | | | |

3.  The monthly plan payments proposed by the Debtor(s) shall include the amount necessary to pay all Adequate Protection Payments and the amount necessary to pay the Trustee's statutory fee.

4.  Upon completion of the Adequate Protection Payment period designated herein for each listed secured creditor, the Equal Monthly Plan Payment identified in each Part of the Plan shall be the monthly payment and shall accrue on the first day of each month.

5.  This Notice shall govern Adequate Protection Payments to each listed secured creditor unless subsequent Notice is filed by Debtor or otherwise ordered by the Court.

6.  Objections, if any, to the proposed Adequate Protection Payments shall be filed as objections to confirmation of the Plan. Objections must be filed and served no later than 7 days before the date set for the hearing on confirmation of the Plan.

Dated this: May 15, 2019

  /s/ Theron D. Morrison
Theron D. Morrison
Attorney for Debtors

## CERTIFICATE OF MAILING

I hereby certify that a copy of the above document was provided via ECF and U.S. Mail

to the following:

     Lon K Jenkins, Chapter 13 Trustee

     US Trustee (ECF)

     **Zach Rusk**
     1010 N 100 W
     Newton, UT 84327

CreditorsImpacted- LIST SEPERATELY

     DATED May 15, 2019.

                       /s/ Theron D. Morrison
                            Theron D. Morrison
                            Attorney for Debtors